IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 MAR -2  A 11: 52

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07PO51-CSC |
| | ) | [18 U.S.C. 13; AL 13A-6-22] |
| v. | ) | |
| | ) | |
| OKSANA J. TYLER | ) | INFORMATION |

The United States Attorney charges that:

On or about the 16th of December, 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, OKSANA J. TYLER did intentionally cause physical injury to a person; to wit: Struck and scratched Michael Tyler, in violation of Title 18, Section 13, United States Code and Alabama Code 13A-6-22(a)1.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_/s/ Kent Brunson_
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


_/s/ Nathan T. Golden_
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA        )      AFFIDAVIT
                        )
DALE COUNTY             )

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Officer at Fort Rucker, Alabama. Investigation revealed that at approximately 7:45 P.M. on the 16th of December 2006, a confrontation took place between OKSANA TYLER and Michael Tyler. In a statement to the military police, Michael Tyler accused OKSANA TYLER of scratching him and striking him on the head. Michael Tyler had injuries consistent with this, and a witness corroborated the incident in a sworn statement to the military police.

_____
LARRY C. OCKLETREE, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __20__ day of __febuary__ 2007.

_____
NOTARY PUBLIC

My commission expires: 13 DEC 2010