IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 1:07cr51-CSC
)
OKSANA J. TYLER )

### UNOPPOSED MOTION TO AMEND

   COMES NOW the United States of America, by and through Leura G. Canary,

United States Attorney for the Middle District of Alabama, and files the above-captioned motion,

and as reasons therefore, submits the following:

   1. On March 2, 2007, an Information was filed on the above named individual.  The date

of offense stated in the Information is December 16, 2007.  This is obviously a typographical error

and the United States respectfully moves to amend the Information so that the date of offense will

be December 16, 2006, instead of December 16, 2007.

   2. Defense counsel for Defendant Tyler has been contacted and he has no objections to

this amendment.

   Respectfully submitted this 1st day of June, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/Kent B. Brunson
          KENT B. BRUNSON
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, AL 36104
          Phone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA        )
                                    )
     v.                     )     CR. NO. 1:07cr51-CSC
                                      )
OKSANA J. TYLER               )

## CERTIFICATE OF SERVICE

       I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following: Don

W. Bethel, Esquire.

                                     Respectfully submitted,

                                     /s/Kent B. Brunson
                                     KENT B. BRUNSON
                                     Assistant United States Attorney
                                     One Court Square, Suite 201
                                     Montgomery, AL 36104
                                     Phone: (334) 223-7280
                                     Fax: (334) 223-7135
                                     E-mail: kent.brunson@usdoj.gov