IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07po51-CSC |
| | ) | |
| OKSANA J. TYLER | ) | |

## **ORDER**

Upon consideration of the unopposed motion to amend (doc. # 13) filed by the United States, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 4th day of June, 2007.


                                          /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE