UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 106-PO-00051--CSC |
| | ) | |
| OKSANA TYLER | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to OKSANA TYLER on the following grounds, to wit:

In the interest of justice.

Respectfully submitted this the 18th day of June, 2007.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/Nathan T. Golden
Nathan T. Golden
Special Assistant United States Attorney
453 Novosel Street, Building 5700
Fort Rucker, Alabama 36362
(334) 255-9708
Nathan.golden@conus.army.mil